■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WINFORD T.D., Appellant. (Appeal No. 1.) [978 NYS2d 707]—Appeal from an adjudication of the Monroe County Court (Stephen T. Miller, A.J.), rendered January 7, 2009. The adjudication convicted defendant, upon his plea of guilty, of robbery in the second degree as a youthful offender.

It is hereby ordered that the adjudication so appealed from is unanimously affirmed. Present—Scudder, P.J., Fahey, Peradotto, Carni and Valentino, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL J. BOYDEN, Appellant. (Appeal No. 2.) [976 NYS2d 920]—Appeal from a judgment of the Cayuga County Court (Thomas G. Leone, J.), rendered March 20, 2012. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree, robbery in the second degree, assault in the second degree, burglary in the second degree (two counts), unlawfully fleeing a police officer in a motor vehicle in the third degree and reckless driving.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Boyden* (112 AD3d 1372 [2013]). Present—Scudder, P.J., Fahey, Peradotto, Carni and Valentino, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WINFORD T.D., Appellant. (Appeal No. 2.) [978 NYS2d 707]—Appeal from a judgment of the Monroe County Court (Stephen T. Miller, A.J.), rendered January 7, 2009. The judgment convicted defendant, upon his plea of guilty, of forgery in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Fahey, Peradotto, Carni and Valentino, JJ.